**Opinion issued May 12, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00929-CV

———————————

## JAL B. GUZDER, Appellant

## V.

## HAYNES AND BOONE, LLP, SARAH TEACHOUT, AND PAUL SEARLES, Appellees

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-31165**

---

## MEMORANDUM OPINION

Appellant, Jal B. Guzder, has filed an unopposed motion to "consolidate" this appeal with the appeal in cause number 01-13-00985-CV. On September 23, 2013, the trial court, in cause number 2013-31165, dismissed appellant's claims against appellees, Haynes and Boone, LLP, Sarah Teachout, and Paul Searles. The

order states that it is interlocutory. On October 11, 2013, the trial court granted appellees' motion to sever "all claims and causes of action" brought by Guzder into separate trial court cause number 2013-31165-A, styled as *Jal B. Guzder v. Haynes and Boone, LLP, Sarah Teachout, and Paul Searles*, making final its interlocutory dismissal. *See Crowson v. Wakeham*, 897 S.W.2d 779, 783 (Tex. 1995).

On October 13, 2013, appellant filed a notice of appeal in "Cause Number 2013-31165," which was assigned appellate cause number 01-13-00929-CV. On November 13, 2013, appellant filed a "First Amended Notice of Appeal" from the severed case, "Cause Number 2013-31165-A," which was assigned a new appellate cause number, 01-13-00985-CV.

The Court grants appellant's motion, directs the Clerk of the Court to move the records filed in appellate cause number 01-13-00929-CV into appellate cause number 01-13-00985-CV and orders that the appeal proceed under appellate cause number 01-13-00985-CV. We dismiss appellant's appeal from the trial court's interlocutory order in appellate cause number 01-13-00929-CV. *See, e.g.*, *Beames v. Hooks*, No. 01-14-00105-CV, 2014 WL 1481273, at *1 (Tex. App.—Houston [1st Dist.] Apr. 15, 2014, no pet.) (mem. op.); *BBG Group, L.L.C. v. MBI Global, L.L.C.*, No. 14-12-00247-CV, 2012 WL 3241557, at *1 (Tex. App.—Houston [14th Dist.] Aug. 9, 2012, no pet.) (mem. op.).

2

Accordingly, we dismiss this appeal.  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Lloyd.